FILED

MAR 18 2025

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ BG _____ DEP CLK



THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:25-mj- *1074* -RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **CRIMINAL INFORMATION** |
| | ) | |
| MARSHALL X. CHINA, | ) | |
| Defendant. | ) | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, hereby charges:

### COUNT ONE: TRESPASS

On or about December 13, 2024, in the Eastern District of North Carolina, aboard Marine Corps Air Station New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, MARSHALL X. CHINA, did enter a military, naval, or Coast Guard property, to wit, did enter Marine Corps Air Station, New River, while concealing a firearm when entering the Curtis Gate, New River, while in violation of Title 18, United States Code, Section 1382.

1

## COUNT TWO: CARRYING CONCEALED WEAPON

On or about December 13, 2024, in the Eastern District of North Carolina, aboard Marine Corps Air Station New River, a place within the special maritime and territorial jurisdiction of the United States, the Defendant, MARSHALL X. CHINA, did unlawfully, willfully and intentionally to carry concealed about his person any pistol or gun, to wit, a Taurus Armas G2C handgun, Serial Number AEC180683, in violation of North Carolina General Statutes, Section 14-269(a1), as assimilated by the provisions of Title 18, United States Code, Section 13.

This _17th_ day of March 2025.

BY: DANIEL P. BUBAR
Acting United States Attorney

CHRISTOPHER D. JARAMILLO
Special Assistant United States Attorney
Eastern District of North Carolina
Marine Corps Installations – East
66 Holcomb Boulevard
New River, North Carolina 28547
Phone: 910-451-5067
Email: christophe.jaramillo@usmc.mil
New Mexico State Bar No. 145581

2