UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-mj-1074-RJ

| UNITED STATES OF AMERICA | MOTION FOR CONTINUANCE |
| | OF ARRAIGNMENT |
| V. | |
| MARSHALL X. CHINA | |

COMES NOW, counsel for the Defendant, and moves the Court to continue the arraignment set for June 24, 2025 at 10:00 am in Wilmington, North Carolina. In support of this motion, Counsel for the Defendant shows unto the Court the following:

1) Counsel has been retained to represent the defendant in this matter.

2) Counsel needs to receive discovery materials from the Government and review them with the Defendant so to inform an informed decision as to how he wishes to proceed with the handling of his case.

3) Counsel has spoken to the prosecutor and she has no objection to the granting of this motion.

4) This motion is being filed in the interests of justice and judicial economy.

WHEREFORE, the Defendant prays that the Court continue the arraignment to the court's August term or any other date the Court deems appropriate.

Respectfully submitted this 23rd day of June 2025.

The Wagoner Law Firm, PLLC

By: /s/ J. Merritt Wagoner
J. Merritt Wagoner
Attorney for Defendant
401 Chestnut Street, Suite K
Wilmington, N.C. 28401

(910) 341-4529 phone
(910) 920-9097 fax
merrittwagoner@hotmail.com email
N.C. State Bar No. 32978
LR 57.1, Retained

CERTIFICATE OF SERVICE

I, J. Merritt Wagoner, hereby certify that I caused this motion to be served electronically on Veronica Van Tol., AUSA, on June 23, 2025.

The Wagoner Law Firm, PLLC

By: __/s/ J. Merritt Wagoner
J. Merritt Wagoner
Attorney for Defendant
401 Chestnut Street, Suite K
Wilmington, N.C. 28401
(910) 341-4529 phone
(910) 920-9097 fax
merrittwagoner@hotmail.com email
N.C. State Bar No. 32978
LR 57.1, Retained

Veronica Van Tol
Building 66 Holocomb Blvd.
Camp Lejeune, NC 28547